United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-2627SI

_____

Thomas A. Johnson,                         *
                                           *
              Appellant,                   *
                                           *
       v.                                  *    Appeal from the United States
                                           *    District Court for the Southern
Curt A. Oppel; Stanley, Lande &            *    District of Iowa.
Hunter, P.C., Jointly, Severally and in    *
the Alternative, formerly known as         *         [UNPUBLISHED]
Stanley, Rehling, Lande & Van Der          *
Kamp, P.C.,                                *
                                           *
              Appellees.                   *

_____

Submitted:  May 13, 1997
Filed: June 10, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

       Thomas A. Johnson appeals the district court's adverse grant of summary judgment in Johnson's legal malpractice action.  We review a grant of summary judgment under a well-established standard.  We review de novo questions of state law in this Iowa-based diversity action.  Having considered the record and the parties' briefs, we are satisfied that any actionable malpractice on the part of Curt A. Oppel and his law firm did not proximately cause Johnson's damage.  Because the district court

correctly held that Johnson failed to establish an essential element of his malpractice claim, a comprehensive opinion would lack precedential value in this fact-intensive case. We thus affirm the district court without further discussion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.